# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

139710

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

AUTO-OWNERS INSURANCE COMPANY,
    Plaintiff-Appellant,

v

VICTOR MARTIN, and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
    Defendants-Appellees,

and

PAULA MAPES and STEPHEN MAPES.
    Defendants.

SC: 139710
COA: 281482
Kent CC: 07-003418-CK

_____/

On order of the Court, the application for leave to appeal the June 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk

p0421